# CASE ANNOUNCEMENTS

## *October 14, 2009*

[Cite as *10/14/2009 Case Announcements,* 2009-Ohio-5340.]

# MERIT DECISIONS WITHOUT OPINIONS

2009–1409. [State ex rel.] Wheeler v. Connor.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2009–1570. Black v. Beightler.
In Habeas Corpus. On petition for writ of habeas corpus of James D. Black and petitioner's motions to supplement petition for habeas corpus and for summary judgment. Sua sponte, cause dismissed. Motions to supplement petition and for summary judgment denied as moot.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2009–1586. Lathan v. Duffey.
In Habeas Corpus. On petition for writ of habeas corpus of Maurice Lathan. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

2007–2327. State v. Martin.
Cuyahoga App. No. 89030, 2007-Ohio-6062. On motion for leave to vacate judgment for lack of final, appealable order. Motion denied.

2008–1822. Stammco, L.L.C. v. United Tel. Co. of Ohio.
Fulton App. No. F–07–024, 2008-Ohio-3845. On motion for admission pro hac vice of Stephen Gardner by Ronald L. Burdge. Motion granted.

2008–2502. State v. Bodyke.
Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387. On motion for admission pro hac vice of David M. Lieberman by Alexandra T. Schimmer. Motion granted.

2009–0189. In re Adrian R.
Licking App. No. 08–CA–17, 2008-Ohio-6581. On motion to dismiss appeal as improvidently allowed. Motion denied.
O'DONNELL and CUPP, JJ., dissent.

2009–0605. State v. Prade.
Summit App. No. 24296, 2009-Ohio-704. On motion for admission pro hac vice of Michele Hirshman by David Booth Alden. Motion granted.
O'CONNOR, J., not participating.